# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

FILED
JUL 23 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

United States of America
v.
Andrew Rocco
*Defendant*

Case No. 2:18-mj-647 CWH

Charging District: Southern District of New York
Charging District's Case No. 18 MAG 5810

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court S.D. of New York 500 Pearl Street New York, NY 10007 | Courtroom No.: 5A Duty Magistrate Judge |
|---|---|
| | Date and Time: July 30, 2018 time as directed by PTS |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: July 23, 2018

_____
*Judge's signature*

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*